UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ESTABLISHED MEN INC., an Ontario corporation,<br><br>Plaintiff,<br><br>vs.<br><br>TELIGENCE (US) INC., a Nevada corporation,<br><br>Defendant. | Case No. C-10-0550-EDL<br><br>~~[PROPOSED]~~ ORDER GRANTING THIRD REQUEST TO CONTINUE CASE MANAGEMENT CONFERENCE |

Plaintiff has filed a request that the Case Management Conference currently set for July 27, 2010 be continued until at least August 31, 2010 to allow sufficient time for the Defendant to retain counsel and to appear in this action. Good cause appearing, the Case Management Conference is hereby continued from July 27, 2010 to August 31, 2010.

**IT IS SO ORDERED.**

Dated: __July 1__, 2010

_____
ELIZABETH D. LAPORTE
United States Magistrate Judge

MANATT, PHELPS & PHILLIPS, LLP
ATTORNEYS AT LAW
SAN FRANCISCO

300118779.1

CASE NO. 10-0550-EDL
[PROPOSED] ORDER TO CONTINUE CMC